# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMONA V. BRACY** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 19-3825 |
| v. | : | |
| | : | |
| **MACY'S RETAIL HOLDINGS, INC.,** | : | |
| *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 23rd day of April 2020, upon consideration of Defendants' *motion to compel arbitration*, [ECF 8], Plaintiff's response in opposition thereto, [ECF 10], Defendants' reply, [ECF 13], and the allegations contained in the amended complaint, [ECF 3], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and this action is **STAYED** pending the completion of the arbitration proceedings.

The Clerk of Court is directed to place this matter in civil suspense.

BY THE COURT:

   */s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*